JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| VANDHANA A. CHOPRA, | Case No. CV 20-11593-GW-Ex |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| FELD ENTERTAINMENT, INC., et al., | |
| Defendants. | |

FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

The Court, having considered the Joint Stipulation to Dismissal of Action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby orders:

    1. Plaintiff's First Amended Complaint is dismissed with prejudice.

    2. Each side will bear its own fees, costs, and expenses incurred in this action.

    IT IS SO ORDERED.

Dated: May 17, 2021

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE